UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE # 02-5387-LR7

VS.                               REPORT COMMENCING CRIMINAL ACTION

Jeffrey Sean Zarnik              PRISONER # 72121-004

**********************************************************

TO CLERK'S OFFICE, UNITED STATES DISTRICT COURT: (CIRCLE ONE)

MIAMI    FT. LAUDERDALE    (WEST PALM BEACH)    FT. PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)
**********************************************************

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST: 11/21/02

2) LANGUAGE(S) SPOKEN: English

3) OFFENSE(S) CHARGED: 21 USC 846  PWID/CONSPIRACY COCAINE & MDMA

4) U. S. CITIZEN  [✓] YES   [ ] NO   [ ] UNKNOWN

5) DATE OF BIRTH: 11-05-77

6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   [ ] INDICTMENT       [✓] COMPLAINT (TO BE FILED) ALREADY FILED
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   CASE # _____

   ORIGINATING DISTRICT: _____

   COPY OF WARRANT LEFT WITH BOOKING OFFICER   [ ] YES   [ ] NO

7) AMOUNT OF BOND: _____  WHO SET BOND _____

8) ARRESTING AGENT: Gerald Chaparro           DATE: 11/21/02

9) AGENCY: DEA                                PHONE: _____

10) REMARKS: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-5382-JOHNSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL DONALDSON,

    Defendant.
_____/

## ORDER UNSEALING COMPLAINT

THIS CAUSE came before the Court upon the arrest of the Defendant. It is therefore

ORDERED AND ADJUDGED that the Complaint is hereby UNSEALED.

DONE AND ORDERED at West Palm Beach, Florida, this 22nd day of November, 2002.

_____
LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE